■ ADAN CASTILLO, an Infant, by His Mother and Natural Guardian, EVA FIGUEROA, et al., Respondents, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [698 NYS2d 460] —Judgment, Supreme Court, Bronx County (Joseph Giamboi, J.), entered May 14, 1998, which, upon a jury verdict, awarded plaintiff a total of $787,126.17, unanimously affirmed, without costs.

The trial court correctly instructed the jury as to notice, and we decline defendant's invitation to revisit our holding to that effect in *Woolfalk v New York City Hous. Auth.* (263 AD2d 355, 356). The balance of defendant's arguments are based on nothing more than its own "self-serving view of the evidence," and, as such, afford "no reason to disturb" the appealed determination (*Daley v Related Cos.*, 236 AD2d 340, *lv denied* 90 NY2d 803). The verdict was properly premised on the jury's evaluation of the duly admitted trial evidence (*see, e.g., Young v City of New York*, 250 AD2d 383), including its evaluation of the conflicting expert testimony (*see, e.g., Koffler v Biller*, 262 AD2d 150). We have considered defendant's remaining arguments and find them unavailing. Concur—Ellerin, P. J., Rosenberger, Nardelli and Andrias, JJ.